```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JOSE LUIS SOLIS,

                Plaintiff,        21-cv-619 (JGK)

    - against -                 ORDER

TARA WHOLLEY ET AL.,

                Defendants.

JOHN G. KOELTL, District Judge:

    The parties are ordered to file a Rule 26(f) report by **May 7, 2021**.

    The parties will advise the Court by **May 7, 2021** whether they consent to a trial by the Magistrate Judge.

SO ORDERED.

Dated:    New York, New York
            April 21, 2021

                                        John G. Koeltl
                                  United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-21-21