UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE LUIS SOLIS,

    Plaintiff,

-against-

HOGSHEAD TAVERN AND TARA WHOLLEY,

    Defendants.

21-CV-619 (BCM)

**ORDER**



**BARBARA MOSES, United States Magistrate Judge.**

After consultation with the parties, and for the reasons discussed at the June 24, 2021 teleconference, the Court adopts the following case management and scheduling order pursuant to Fed. R. Civ. P. 16:

1. <u>Supplemental Disclosures</u>. Defendants shall supplement their automatic disclosures, pursuant to Fed. R. Civ. P. 26(a)(1)(A) and 26(e)(1), no later than **July 2, 2021**.

2. <u>Joinder and Amendment</u>. The parties may amend their pleadings no later than **July 23, 2021**. Thereafter, amended pleadings may not be filed and additional parties may not be joined except with leave of Court, subject to the "good cause" standard of Fed. R. Civ. P. 16(b)(4).

3. <u>Jurisdictional Motion</u>. Any motion to dismiss the complaint in whole or in part pursuant to Fed. R. Civ. P. 12(b)(1) shall be filed no later than **July 23, 2021**.

Dated: New York, New York
       June 24, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**