```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

JOSE LUIS SOLIS, Individually and on behalf of other similarly situated,

                Plaintiff,

-against-

HOGSHEAD TAVERN, and TARA WHOLLEY (Individually and professionally),

                Defendants.
------------------------------------------------------------------------X

Docket No. 21-cv-00619
(BCM)

**STIPULATION OF DISMISSAL**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for plaintiff and defendants, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all claims asserted in this matter are hereby dismissed without prejudice, without costs or attorneys' fees to any party as against another.

      **IT IS FURTHER STIPULATED AND AGREED** that a fax or electronic copy of this stipulation shall have the same force and effect as an original.

**T.A. BLACKBURN LAW, PLCC**
*Attorneys for Plaintiff*
1242 East 80th Street, 3rd Floor
Brooklyn, NY 11236-4160
(347) 342-7432

By: *Tyrone Blackburn*
    Tyrone A. Blackburn

**SOKOLOFF STERN LLP**
*Attorneys for Defendants*
179 Westbury Avenue
Carle Place, NY 11514
(516) 334-4500
File No. 210038-P

By: _____
    Adam I. Kleinberg

**So Ordered:**

_____
**U.S.M.J.**
**July 14, 2021**

1